**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-06739

Judge Jorge L. Alonso

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 68 | KJGH |
| 200 | Qianya Trading Co., Ltd |
| 104 | YG_Oline |
| 29 | yuying78 |
| 14 | jacke-5025 |
| 2 | aryaceer |
| 246 | ZHAN JIANG SHI QIAN GONG SHANG MAO YOU XIAN |
| 173 | Hello Store |
| 196 | Ningbojiangnanyanyudianzishangwuyouxiangongsi |
| 94 | Together with love |
| 152 | Esquirla |
| 154 | FITYLE |
| 175 | HOMYL |
| 193 | Menolana |
| 198 | perfk |
| 229 | SunniMix |
| 21 | spc8_lmmall |
| 183 | kanaroous |
| 65 | KAQIER |
| 181 | jinanyinjiuyuyimaoyiyouxiangongsi |
| 218 | shenzhenshifengyoushengwukejiyouxiangongsi |

| | |
|---|---|
| 12 | goodseller20202 |
| 106 | ZhiYing |
| 191 | MANCHE |
| 184 | KOUPA |
| 162 | guangzhoufengchuangshangmaoyouxiangongsi |
| 188 | LIHUIGMC |
| 235 | XKISS |

DATED:  January 13, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 13, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt