IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:22-cv-06739

Judge Jorge L. Alonso

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 153 | EUBUY.Ltd |
| 209 | shen zhenshi taozhi yangke ji you xiangong si |
| 238 | Yerenas |
| 228 | STAY-US |
| 216 | SHENZHENSHI |
| 37 | AIdemen |
| 11 | good4megold4you |
| 52 | GoldenChoice-Store |
| 227 | Srliya(Reg. No.6545365) |
| 42 | Casetic |
| 47 | Feeon |
| 59 | Inboxxe |
| 67 | kelyee |
| 69 | KunWei |
| 71 | Leiteea |
| 72 | Limen-Direct |
| 90 | swertoy-us |
| 116 | Holapet |
| 27 | xiangwyan_0 |
| 24 | tototoys2015 |

DATED: January 24, 2023          Respectfully submitted,

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt (Bar No. 6207971)
                                         Keith Vogt, Ltd.
                                         33 W. Jackson Blvd., #2W
                                         Chicago, Illinois 60604
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 24, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt